PASE v. WOODSIDE HEIGHTS LAND CORP.

(Supreme Court, Appellate Division, Second Department. January 17, 1908.)

COURTS—MUNICIPAL COURTS—PRESUMPTIONS—ORDER FOR NEW TRIAL.

Under Supreme Court rule 31, requiring an order granting a new trial, except on exceptions taken during the trial, to specify the grounds on which it was granted, and under Municipal Court Act, Laws 1902, p. 1496, c. 580, § 20, making the Supreme Court rules applicable to the Municipal Court of New York City, it will be assumed an order of that court granting a new trial was made upon exceptions, where it does not specify the grounds.

Appeal from Municipal Court, Borough of Queens, First District.

Action by Henry J. Pase against the Woodside Heights Land Corporation. From an order setting aside a verdict, plaintiff appeals. Affirmed.

Argued before JENKS, HOOKER, GAYNOR, RICH, and MIL-LER, JJ.

Gregg, O'Leary, Frank & De Witt, for appellant.

George L. Glaser, for respondent.

JENKS, J. The court, upon the rendition of the verdict, set it aside and ordered a new trial. It must be assumed that the order was made upon the exceptions. Rule 31, Supreme Court; section 20, Municipal Court Act (Laws 1902, p. 1496, c. 580). I think that the order was right, inasmuch as the learned Municipal Court charged the jury that the defendant was bound to use extraordinary care, which is not the rule.

Order of the Municipal Court affirmed, with costs. All concur.